NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEFFREY R. VIVERETTE, DOC# 498735,    )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D18-621
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )


Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Jeffrey R. Viverette, pro se.


PER CURIAM.

        Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.